# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

---

The Trustees of the Minnesota Cement Masons
and Plasterers Fringe Benefit Funds,

        Plaintiffs,

vs.

Eugene Griggs, III, individually and d/b/a Artisan
FX,

        Defendant.

Civil File No. 06-5087 ADM/AJB

**INJUNCTION**

---

Pursuant to this Court's Order dated April 6, 2007:

1. Defendant is to submit forthwith to Plaintiffs' Third-Party Administrator ("TPA") all delinquent fringe benefit contribution Report Forms and pay forthwith fringe benefit contribution payments for all months for which Defendant is delinquent, together with interest and liquidated damages.

2. Defendant is to submit forthwith to Plaintiffs' TPA all its books and records for an audit disclosing the amount of unpaid fringe benefit contribution payments.

3. The Defendant shall cooperate in all ways with this audit.

4. Defendant is required to post with Plaintiffs' TPA a cash or surety bond in the amount of $25,000.00 to the Minnesota Cement Masons and Plasterers Fringe Benefit Funds.

5.      Defendant, acting through its directors, officers, agents, servants, employees, shareholders,

and all persons acting in privity or in concert with it, is MANDATED to submit to Plaintiffs'

TPA all fringe benefit contribution Report Forms and all fringe benefit contribution

payments as they become due.

BY THE COURT:

Dated:  April 6, 2007                      ___s/Ann D. Montgomery_____
                                           ANN D. MONTGOMERY
                                           United States District Judge